# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME CARE ASSOCIATION OF AMERICA, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00929-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL AS TO DEFENDANT GAVIN NEWSOM WITHOUT PREJUDICE<br><br>(ECF No. 13) |

　　Plaintiffs, Home Care Association of America and California Association for Health Service at Home, and Defendants, Gavin Newsome, Xavier Becerra, and Kimberly Johnson, have filed a stipulation to dismiss without prejudice all claims against Defendant Gavin Newsom. (ECF No. 13.) Pursuant to the stipulation, all claims against Defendant Gavin Newsom are dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to designated on the docket that Defendant Gavin Newsome is terminated from this case as of the date this order is entered.

IT IS SO ORDERED.

　Dated: __**August 27, 2019**__　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2