1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   HOME CARE ASSOCIATION OF          Case No. 1:19-cv-00929-AWI-EPG
     AMERICA, CALIFORNIA
12   ASSOCIATION FOR HEALTH SERVICE    ORDER ADOPTING STIPULATION IN PART
     AT HOME                           AS TO BRIEFING SCHEDULE
13
                Plaintiffs,            (ECF NO. 16)
14
          v.
15
     GAVIN NEWSOM, IN HIS OFICAL
16   CAPACITY AS GOVERNOR OF
     CALIFORNIA, XAVIER BECERRA, IN
17   HIS OFFICIAL CAPACITY AS
     ATTORNEY GENERAL FOR THE
18   STATE OF CALIFORNIA, AND
     KIMBERLY JOHNSON, IN HER
19   OFFICIAL CAPACITY AS DIRECTOR
     OF THE CALIFORNIA DEPARTMENT
20   OF SOCIAL SERVICES,

21                Defendants.

22        The parties in this matter filed a "Stipulation and Proposed Order Setting Briefing Hearing

23   and Date." (ECF No. 16.) The Court adopts the stipulation in part. The Court sets forth the

24   following briefing schedule for the parties' cross-motions for summary judgment:

25        October 28, 2019—The parties shall file simultaneous cross-motions for summary

26   judgment by this date.

27        November 22, 2019—The parties shall file their oppositions to the cross-motions for

28

                                              1

summary judgment by this date.

December 18, 2019—The parties shall file their reply briefs in support of their motions for summary judgment by this date.

January 13, 2020—The cross-motions for summary judgment will be heard on this date by the Honorable Anthony W. Ishii at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **August 27, 2019**                    /s/ _Erica P. Grosjean_
                                                UNITED STATES MAGISTRATE JUDGE