IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOME CARE ASSOCIATION OF AMERICA, CALIFORNIA ASSOCIATION FOR HEALTH SERVICE AT HOME,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA, XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA, AND KIMBERLY JOHNSON, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,**<br><br>Defendants. | 1:19-cv-00929-AWI-EPG<br><br>**STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:    The Honorable Anthony W. Ishii<br><br>Action Filed:  July 3, 2019 |

On August 27, 2019, the parties stipulated to a briefing schedule and hearing date for cross-motions for summary judgment. On August 28, 2019, the Court granted the stipulation in part and adopted a slightly different briefing schedule.

1

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that because of the vacation plans of Defendants' counsel in November (when opposition to summary judgment is due) that the Court slightly amend the previous briefing schedule, moving up the date for the parties to simultaneously file their cross-motions for summary judgment from October 28 to October 21. No other deadlines in the Court's previous briefing schedule will be affected.

Respectfully submitted,

Dated: September 4, 2019

XAVIER BECERRA
Attorney General of California

*/s/ Seth E. Goldstein*
SETH E. GOLDSTEIN
Deputy Attorney General
*Attorneys for Defendants*

Dated: September 4, 2019

LITTLER MENDELSON, P.C.

*/s/ Bruce J. Sarchet*

BRUCE J. SARCHET
*Attorneys for Plaintiffs*

**ORDER**

The Court hereby amends the previous schedule by requiring the parties to simultaneously file their opening briefs in support of summary judgment on or before October 21, 2019.

IT IS SO ORDERED.

Dated: __**September 6, 2019**__        /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE