| | |
|---|---|
| 1 | BRUCE J. SARCHET, Bar No. 121042 |
| | RYAN L. EDDINGS, Bar No. 256519 |
| 2 | MAURY BASKIN, *to be admitted pro hac vice* |
| | LITTLER MENDELSON, P.C. |
| 3 | 5200 North Palm Avenue, Suite 302 |
| | Fresno, CA 93704-2225 |
| 4 | Telephone: (559) 244-7500 |
| | Facsimile: (559) 244-7525 |
| 5 | Email: bsarchet@littler.com |
| | reddings@littler.com |
| 6 | mbaskin@littler.com |

Attorneys for Plaintiffs
HOME CARE ASSOCIATION OF AMERICA,
INC. and CALIFORNIA ASSOCIATION FOR
HEALTH SERVICE AT HOME

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME CARE ASSOCIATION OF AMERICA, CALIFORNIA ASSOCIATION FOR HEALTH SERVICE AT HOME, <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of California, XAVIER BECERRA, in his official capacity as Attorney General for the State of California, and PAT LEARY, in her official capacity as Acting Director of California Department of Social Services, <br><br> Defendants. | Case No. 1:19-cv-00929-AWI-EPG <br><br> **STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** <br><br> Date: October 10, 2019 <br> Time: 9:30 A.M. <br> Courtroom: #10 (6th Floor) <br><br><br><br> Trial Date: TBD <br> Complaint Filed: July 3, 2019 |

On July 9, 2019, the Court issued an Order Setting Mandatory Scheduling Conference for October 10, 2019 at 9:30 A.M. in Department 10 (6th Floor).

On August 27, 2019, the Parties stipulated to a briefing schedule and hearing date for

cross-motions for summary judgment. On August 28, 2019, the Court granted the stipulation in part and adopted a slightly different briefing schedule. Specifically, the Court ordered the following briefing scheduling for the Parties' cross-motions for summary judgment:

**October 21, 2019** — Deadline for the Parties to file simultaneous cross-motions for summary judgment.[1]

**November 22, 2019** — Deadline for the Parties to file their oppositions to the cross-motions for summary judgment.

**December 18, 2019** — Deadline for the Parties to file their reply briefs in support of their motions for summary judgment.

**January 13, 2020** — Hearings on the cross-motions for summary judgment.

In light of the Court's briefing schedule on the anticipated cross-motions for summary judgment, and because the Parties have stipulated that "there are no material facts in dispute, and that resolution of these issues can be accomplished without any discovery" (Dkt. #16), the Parties believe the Scheduling Conference should be continued to a date after the January 13, 2020 hearing.

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the Scheduling Conference currently scheduled for October 10, 2019 be continued to a date after the January 13, 2020 hearing. No other deadlines before the Court will be affected.

---

[1] The Court initially scheduled the motions to be filed on or before October 28, 2019, but this was subsequently amended by stipulation of the Parties.

Stipulation and Order Continuing Mandatory Scheduling Conference    2.    CASE NO. 1:19-CV-00929-AWI-EPG

Dated: September 27, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*/s/ Seth E. Goldstein*
SETH E. GOLDSTEIN
Deputy Attorney General
*Attorneys for Defendants*

Dated: September 27, 2019

LITTLER MENDELSON, P.C.

*/s/ Ryan L. Eddings*
RYAN L. EDDINGS
*Attorneys for Plaintiffs*

**ORDER**

In light of the parties' stipulation and proposed order, (ECF No. 24.) the Court hereby amends the Order Setting Mandatory Scheduling Conference for October 10, 2019 at 9:30 A.M. in Department 10 (6th Floor) by vacating the Scheduling Conference to be reset, if necessary, upon resolution of the parties' cross-motions for summary judgment.

IT IS SO ORDERED.

Dated: **September 30, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE