# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOME CARE ASSOCIATION OF AMERICA, CALIFORNIA ASSOCIATION FOR HEALTH SERVICE AT HOME,**<br><br>**Plaintiffs**<br><br>v.<br><br>**GAVIN NEWSOM, IN HIS OFFICIAL CAPCITY AS GOVERNOR OF CALIFORNIA, XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR CALIFORNIA, AND KIMBERLY JOHNSON, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,**<br><br>**Defendants** | **CASE NO. 1:19-CV-0929 AWI EPG**<br><br>**ORDER DISMISSING CASE FOR LACK OF JURISDICTION** |

Upon appeal, the Ninth Circuit determined that Plaintiffs in this case lack standing to bring suit; the panel remanded the case with instructions to dismiss. Doc. 45.  The mandate from the Ninth Circuit has been received. Doc. 46.  Pursuant to the directions of the higher court, this case is DISMISSED for lack of jurisdiction.  The Clerk shall close this case.

IT IS SO ORDERED.

Dated: __June 8, 2022__       _____
                                                     SENIOR  DISTRICT  JUDGE